UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**NOTICE TO COUNSEL**

CIVIL ACTION NUMBER00-685 JRT/RLE

IN RE: USA vs Mann

A notice was recently mailed to you, from our office, changing the assigned Magistrate Judge in the above case. This change was done in error. The assigned Magistrate Judge handing this case should be and is Magistrate Judge Raymond L. Erickson. I apologize for any inconvenience this may have caused.

FRANCIS E. DOSAL, CLERK

Victoria Moralez

BY: Victoria Moralez, Deputy Clerk

DATED: June 23, 2000

6

FILED JUN 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK JEM